UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| LMN Industries, Inc., a Minnesota corporation, | ) Civil File No. 11-CV-1424 (PAM / FLN) ) ) |
| Plaintiff, | ) **ORDER FOR DISMISSAL** ) |
| vs. | ) ) ) |
| American Medical Services, Inc., a Michigan Corporation, d/b/a Aleva Stores, | ) ) ) |
| Defendant. | |

_____

Pursuant to the Stipulation for Dismissal filed by the parties (Docket No. 14), all claims that were or could have been asserted in the above entitled action are hereby dismissed without prejudice and without costs to any party.


Dated: August 2, 2011          BY THE COURT:


                               s/Paul A. Magnuson
                               The Honorable Paul A. Magnuson
                               United States District Court Judge